**Exhibit C**

# TNT CRANE MEMO:

**TO: ALL OPERATORS, TRUCK DRIVERS & RIGGERS**          **DATE: 4-1-2018**

**REGARDING: PAYROLL, PER DIEM, PRE-TRIP**          **FROM: MANAGEMENT**

BELOW IS AN OUTLINE FOR YOU TO FOLLOW CONCERNING PAYROLL:

1. ON TIMESHEET THE EMPLOYEE MUST LIST THE CUSTOMER, EQUIPMENT THE EMPLOYEE OPERATED, FIELD TICKET# OR E TICKET#, BRIEF DESCRIPTION OF TASK & ACTUAL HOURS WORKED (INCLUDE AM/PM)
2. DETAIL TASK ON TIMESHEET PER LINE WITH ACTUAL TIME IT TOOK TO COMPLETE THE TASK.
3. ON YOUR OFF DAYS, A TIMESHEET MUST BE SUBMITTED AS USUAL STATING "OFF–0 HOURS."
4. RIGGERS & TRUCK DRIVERS – IN DESCRIPTION BOX MUST INCLUDE CRANE YOU ARE WORKING.
5. IF CRANE IS ON STANDBY OPERATORS ONLY WILL BE PAID **8 HRS** FOR THAT DAY (When Customers Pays Standby.)
6. **ONLY** CHARGE **ACTUAL** HOURS WORKED TO PAYROLL. CRANE TIME IS NOT THE EMPLOYEES TIME UNLESS THE EMPLOYEE IS REQUIRED TO WORK IT.
• THE EMPLOYEE'S PAYROLL HOURS WILL NOT BE PAID OUT ON THE CURRENT PAY WEEK IF TIME IS NOT RECEIVED BY THE <u>MONDAY 9 A.M.</u> DEADLINE.

BELOW IS THE POLICY FOR MIDLAND CONCERNING THREE PAY-OUT OPTIONS FOR PER-DIEM & TRAVEL TIME

1. **$100.00** PER-DIEM IS PAID TO THE EMPLOYEE:
   A) WHEN THE EMPLOYEE DOES NOT STAY IN COMPANY PROVIDED LODGING AND THE EMPLOYEES PLACE OF LODGING IS WITHIN **50 MILES** OF YOUR JOB ASSIGNMENT.
   B) THE EMPLOYEE **CANNOT** CHARGE TRAVEL TO PAYROLL IF CUSTOMER IS **NOT** CHARGED TRAVEL.
   C) TRAVEL AND PER-DIEM MAY BE CHARGED TO PAYROLL IF THE CUSTOMER IS CHARGED.
   D) <u>LOCAL</u> EMPLOYEES PER DIEM MAY ONLY BE CHARGED ON DAYS ASKED TO WORK.
   E) <u>NON-LOCAL</u> EMPLOYEES 35.00 MAY BE CHARGED IF AVAILABLE BUT NOT ASKED TO WORK

2. $**35.00** PER DIEM IS PAID TO THE EMPLOYEE:
   A) IF THE EMPLOYEE ACQUIRES APPROVED COMPANY PROVIDED LODGING OUTSIDE OF A **TARGET LOGISTICS FACILITY(TLF)**, OR ARE STAYING IN A TLF IN ODESSA.

3. **$60.00** PER-DIEM IS PAID TO THE EMPLOYEE:
   A) WHEN THE EMPLOYEE IS LODGED AT A **TLF** OUTSIDE OF THE **ODESSA TLF** LOCATIONS.

4. TRAVEL TIME PAYROLL:
   A) IF QUALIFIED FOR $35.00 OR $60.00 PER-DIEM YOU MAY CHARGE (TO PAYROLL) THE TIME IT TOOK TO GET TO APPROVED COMPANY PROVIDED LODGING FROM LOCATION. (TRAVEL HOURS SHOULD BE CHARGED TO CUSTOMER ON FIELD TICKET, CHECK WITH DISPATCH BEFORE CHARGING TRAVEL TO CUSTOMER.)

   **IF THE EMPLOYEE'S LODGING ARRANGEMENT DOES NOT MATCH WITH ANY OF THE SCENARIOS LISTED ABOVE THE EMPLOYEE DOES NOT QUALIFY FOR ANY PER-DIEM THAT DAY.**

OFFICIAL MEMO: HANDBOOK RULES WILL BE ENFORCED          DATE: 4/1/2018

          TNT [Repass] 005596

## TNT CRANE MEMO:

**TO: ALL OPERATORS, TRUCK DRIVERS & RIGGERS**          **DATE: 4-1-2018**

**REGARDING: PAYROLL, PER DIEM, PRE-TRIP**          **FROM: MANAGEMENT**

<u>BELOW IS OUR POLICY FOR MIDLAND CONCERNING PRE-TRIP & MISC ITEMS:</u>

1. CMV PRE-TRIP AND POST TRIP MAY ONLY BE CHARGED OUT AT <u>¼ **HOUR PER**</u> CHECK AND MUST BE SHOWN SEPARATE ON YOUR TIME CARD.
2. **RIGGERS & TRUCK DRIVERS** DO NOT RECEIVE MINIMUMS ON CRANE. <u>NO</u> EXCEPTIONS
3. SAFETY MEETING TIME MUST BE DOCUMENTED ON TIMESHEET ACCURATELY.
4. TIME-OFF **REQUESTS** MUST BE SUBMITTED ONE WEEKS IN ADVANCE TO DISPATCH
   A) MUST BE APPROVED THROUGH DISPATCH ONLY. CHECK-IN AGAIN WITH DISPATCH A DAY **BEFORE LEAVING.**



OFFICIAL MEMO: HANDBOOK RULES WILL BE ENFORCED          DATE: 4/1/2018

TNT [Repass] 005597

**TO: ALL OPERATORS, TRUCK DRIVERS & RIGGERS**          **DATE: 3/13/2015**

**REGARDING: PAYROLL, PER DIEM, PRE-TRIP**          **FROM: MANAGEMENT**

BELOW IS AN OUTLINE FOR YOU TO FOLLOW CONCERNING PAYROLL:

1   ON TIMESHEET YOU MUST LIST THE CUSTOMER, EQUIPMENT YOU OPERATED, FIELD TICKET, BRIEF DESCRIPTION OF TASK & ACTUAL HOURS WORKED (INCLUDE AM/PM)

2   DETAIL TASK ON TIMESHEET PER LINE WITH ACTUAL TIME IT TOOK TO COMPLETE THE TASK.

3   ON YOUR OFF DAYS, A TIMESHEET MUST BE SUBMITTED AS USUAL STATING "OFF–0 HOURS."

4   RIGGERS & TRUCK DRIVERS – IN DESCRIPTION BOX MUST INCLUDE CRANE YOU ARE WORKING WITH.

5   IF CRANE IS ON STANDBY OPERATORS ONLY WILL BE PAID **8 HRS** FOR THAT DAY (When Customers Pays Standby.)

6   **ONLY** CHARGE **ACTUAL** HOURS WORKED TO PAYROLL. CRANE TIME IS NOT YOUR TIME UNLESS YOU ARE REQUIRED ACTUALLY TO WORK IT.

7   40HR GUARANTEE STANDS IF YOU ARE AVAILABLE TO WORK THE WHOLE WEEK (7 DAYS).

- YOUR PAYROLL HOURS WILL NOT BE PAID OUT ON THE CURRENT PAY WEEK IF TIME IS NOT RECEIVED BY THE <u>NINE A.M.</u> DEADLINE.

BELOW IS THE POLICY FOR MIDLAND CONCERNING TWO PAY-OUT OPTIONS FOR PER DIEM & TRAVEL TIME

1)   **$100.00** PER DIEM IS PAID TO THE EMPLOYEE:
   A)   WHEN YOU DO NOT CHARGE FOR A HOTEL OR AN APARTMENT IS NOT PROVIDED BY THE COMPANY.
   B)   YOU **CANNOT** CHARGE TRAVEL TO PAYROLL IF CUSTOMER IS **NOT** CHARGED TRAVEL.
   C)   TRAVEL AND PER-DIEM MAY BE CHARGED TO PAYROLL (WILL BE NOTED ON DISPATCH) IF THE CUSTOMER IS CHARGED.
   D)   WHEN A CUSTOMER IS NOT CHARGED FOR TRAVEL, YOU HAVE THE **<u>CHOICE</u>** BETWEEN TRAVEL TIMES PAID OR PER-DIEM.
   E)   <u>LOCAL</u> EMPLOYEES PER DIEM MAY ONLY BE CHARGED ON DAYS ASKED TO WORK.
   F)   <u>NON-LOCAL</u> EMPLOYEES 35.00 MAY BE CHARGED IF AVAILABLE BUT NOT ASKED TO WORK

2)   $35.00 PER DIEM IS PAID TO THE EMPLOYEE:
   A)   WHEN YOU CHARGE TNT FOR A HOTEL OR IF YOU ARE STAYING IN COMPANY PROVIDED APARTMENTS. (HOTEL LIMITS ARE SET SO PLEASE CHECK WITH DISPATCH IF ROOM IS OVER <u>150.00</u> PER NIGHT.)
   B)   YOU MAY CHARGE (TO PAYROLL) THE TIME IT TOOK TO GET TO YOUR <u>HOTEL</u> FROM LOCATION. (TRAVEL HOURS SHOULD BE CHARGED TO CUSTOMER ON FIELD TICKET, CHECK WITH DISPATCH BEFORE CHARGING TRAVEL TO CUSTOMER.)
   C)   PER DIEM MAY ONLY BE CHARGED ON DAYS AVAILABLE TO WORK.
   D)   70.00 PER DAY PER DIEM WILL NO LONGER BE PAID UNDER ANY CIRCUMSTANCES.

BELOW IS OUR POLICY FOR MIDLAND CONCERNING PRE-TRIP & MISC ITEMS:

1)   CMV PRE-TRIP AND POST TRIP MAY ONLY BE CHARGED OUT AT ½ HOUR PER CALENDAR DAY.

2)   **RIGGERS & TRUCK DRIVERS** DO NOT RECEIVE MINIMUMS ON CRANE. <u>NO</u> EXCEPTIONS

3)   SAFETY MEETING TIME MUST BE DOCUMENTED ON TIMESHEET ACCURATELY.

4)   TIME-OFF **REQUESTS** MUST BE SUBMITTED TWO WEEKS IN ADVANCE TO DISPATCH
   A)   MUST BE APPROVED THROUGH DISPATCH ONLY. CHECKIN AGAIN WITH DISPATCH A DAY **BEFORE LEAVING.**

OFFICIAL MEMO: HANDBOOK RULES WILL BE ENFORCED          DATE: 3/13/2015

**TO: ALL OPERATORS, TRUCK DRIVERS & RIGGERS**                    **DATE: 4-5-16**

**REGARDING: PAYROLL, PER DIEM, PRE-TRIP**                    **FROM: MANAGEMENT**

BELOW IS AN OUTLINE FOR YOU TO FOLLOW CONCERNING PAYROLL:

1   ON TIMESHEET YOU MUST LIST THE CUSTOMER, EQUIPMENT YOU OPERATED, FIELD TICKET, BRIEF DESCRIPTION OF TASK & ACTUAL HOURS WORKED (INCLUDE AM/PM)
2   DETAIL TASK ON TIMESHEET PER LINE WITH ACTUAL TIME IT TOOK TO COMPLETE THE TASK.
3   ON YOUR OFF DAYS, A TIMESHEET MUST BE SUBMITTED AS USUAL STATING "OFF–0 HOURS."
4   RIGGERS & TRUCK DRIVERS – IN DESCRIPTION BOX MUST INCLUDE CRANE YOU ARE WORKING WITH.
5   IF CRANE IS ON STANDBY OPERATORS ONLY WILL BE PAID **8 HRS** FOR THAT DAY (When Customers Pays Standby.)
6   **ONLY** CHARGE **ACTUAL** HOURS WORKED TO PAYROLL. CRANE TIME IS NOT YOUR TIME UNLESS YOU ARE REQUIRED ACTUALLY TO WORK IT.
•   YOUR PAYROLL HOURS WILL NOT BE PAID OUT ON THE CURRENT PAY WEEK IF TIME IS NOT RECEIVED BY THE NINE A.M. DEADLINE.

BELOW IS THE POLICY FOR MIDLAND CONCERNING TWO PAY-OUT OPTIONS FOR PER DIEM & TRAVEL TIME

1)   **$100.00** PER DIEM IS PAID TO THE EMPLOYEE:
   A)   WHEN YOU DO NOT CHARGE FOR A HOTEL OR, AN APARTMENT IS NOT PROVIDED BY THE COMPANY.
   B)   YOU **CANNOT** CHARGE TRAVEL TO PAYROLL IF CUSTOMER IS **NOT** CHARGED TRAVEL.
   C)   TRAVEL AND PER-DIEM MAY BE CHARGED TO PAYROLL (WILL BE NOTED ON DISPATCH) IF THE CUSTOMER IS CHARGED.
   D)   WHEN A CUSTOMER IS NOT CHARGED FOR TRAVEL, YOU HAVE THE **CHOICE** BETWEEN TRAVEL TIMES PAID OR PER-DIEM.
   E)   LOCAL EMPLOYEES PER DIEM MAY ONLY BE CHARGED ON DAYS ASKED TO WORK.
   F)   NON-LOCAL EMPLOYEES 35.00 MAY BE CHARGED IF AVAILABLE BUT NOT ASKED TO WORK
2)   **$35.00** PER DIEM IS PAID TO THE EMPLOYEE:
   A)   WHEN YOU CHARGE TNT FOR A HOTEL OR IF YOU ARE STAYING IN COMPANY PROVIDED APARTMENTS. (HOTEL LIMITS ARE SET SO, PLEASE CHECK WITH DISPATCH IF ROOM IS OVER 150.00 PER NIGHT.)
   B)   YOU MAY CHARGE (TO PAYROLL) THE TIME IT TOOK TO GET TO YOUR HOTEL FROM LOCATION. (TRAVEL HOURS SHOULD BE CHARGED TO CUSTOMER ON FIELD TICKET, CHECK WITH DISPATCH BEFORE CHARGING TRAVEL TO CUSTOMER.)
   C)   70.00 PER DAY PER DIEM WILL NO LONGER BE PAID UNDER ANY CIRCUMSTANCES.

BELOW IS OUR POLICY FOR MIDLAND CONCERNING PRE-TRIP & MISC ITEMS:

1)   CMV PRE-TRIP AND POST TRIP MAY ONLY BE CHARGED OUT AT ½ HOUR PER CHECK AND MUST BE SHOWN SEPARATE ON YOUR TIME CARD.
2)   **RIGGERS & TRUCK DRIVERS** DO NOT RECEIVE MINIMUMS ON CRANE. NO EXCEPTIONS
3)   SAFETY MEETING TIME MUST BE DOCUMENTED ON TIMESHEET ACCURATELY.
4)   TIME-OFF **REQUESTS** MUST BE SUBMITTED ONE WEEKS IN ADVANCE TO DISPATCH
   A)   MUST BE APPROVED THROUGH DISPATCH ONLY. CHECK-IN AGAIN WITH DISPATCH A DAY **BEFORE LEAVING.**

OFFICIAL MEMO: HANDBOOK RULES WILL BE ENFORCED                    DATE: 4/5/2016