# Exhibit G

## TNT CRANE MEMO:

TO: ALL OPERATORS, TRUCK DRIVERS & RIGGERS      DATE: 3/25/2014

REGARDING: PAYROLL, PER DIEM, PRE-TRIP      FROM: MANAGEMENT

BELOW IS AN OUTLINE FOR YOU TO FOLLOW CONCERNING PAYROLL: (EXAMPLES WILL BE ATTACHED FOR YOUR REFERENCE AND MUST SERVE YOU AS A GUIDELINE.

1) TIME MUST BE TURNED IN BY **10 AM** THE FOLLOWING DAY. SAPAYROLL@TNTCRANE.COM DIRECT LINE FOR PAYROLL/PER DIEM 210-504-1448 EMAIL SVELA@TNTCRANE.COM
2) ON TIMESHEET YOU MUST LIST CUSTOMER, CITY, EQUIPMENT YOU OPERATED, FIELD TICKET, BRIEF DESCRIPTION OF TASK & ACTUAL HOURS WORKED (INCLUDE AM/PM)
3) DETAIL TASK ON TIMESHEET PER LINE WITH ACTUAL TIME IT TOOK TO COMPLETE TASK.
4) ON YOUR OFF DAYS, A TIMESHEET MUST BE SUBMITTED AS USUAL STATING "OFF–0 HOURS."
5) RIGGERS & TRUCK DRIVERS – IN DESCRIPTION BOX MUST INCLUDE CRANE YOU ARE WORKING WITH.
6) WEEKEND STAND-BY PAYROLL & PER DIEM WILL NOT BE PAID IF THE CRANE IS NOT WORKING.
7) SHIFT WORK MUST BE LABLED ON EXACT CALENDAR DAY. (PLEASE SEE ATTACHED EX.)
8) SUNDAY TIME MUST BE IN AT **10 AM** MONDAY DEADLINE TO BE INCLUDED IN PAYROLL.

- YOUR PAYROLL HOURS & PER DIEM WILL NOT BE PAID OUT ON THE CURRENT PAY WEEK IF TIME IS NOT RECEIVED BY THE TEN A.M. DEADLINE.

BELOW IS OUR POLICY FOR SAN ANTONIO CONCERNING TWO PAY-OUT OPTIONS FOR PER DIEM:

1) $100.00 PER DIEM IS PAID TO THE EMPLOYEE:
   A) WHEN YOU WORK "OUT OF TOWN" AND DO NOT CHARGE FOR TRAVEL (TO PAYROLL) & DO NOT CHARGE FOR A HOTEL.
   B) MUST BE WORKING "SHIFT WORK", OTHERWISE KNOWN AS "DAILY RATE/WORK" AND YOUR JOB CARRIES OVER FOR MORE THAN ONE DAY.
   C) YOU CAN NOT CHARGE TRAVEL TO PAYROLL. (PER DIEM MUST BE CHARGED ON INVOICE)
2) $35.00 PER DIEM IS PAID TO THE EMPLOYEE:
   A) WHEN YOU WORK "OUT OF TOWN" AND CHARGE FOR A HOTEL. (HOTEL LIMITS ARE SET SO PLEASE CHECK WITH JESSICA MOORE.)
   B) YOU MAY CHARGE (TO PAYROLL) THE TIME IT TOOK TO GET TO YOUR HOTEL FROM LOCATION. (HOURS MUST BE CHARGED TO CUSTOMER ON FIELD TICKET)

BELOW IS OUR POLICY FOR SAN ANTONIO CONCERNING PRE-TRIP & MISC ITEMS:

1) PRE-TRIP MAY ONLY BE CHARGED OUT AT ¼ HOUR PER CALENDAR DAY OR WORK & LABLE EQUIPMENT THAT IS BEING PRE-TRIPPED.
2) TIME TO COMPLETE ALL PAPERWORK (TIMESHEETS, CREDIT CARD REPORTS ETC WILL NOT PAID, YOU MUST COMPLETE ON YOUR DOWN TIME)
3) RIGGERS & TRUCK DRIVERS DO NOT RECEIVE MINIMUM ON CRANE. **NO** EXCEPTIONS
4) SAFETY MEETING TIME MUST BE DOCUMENTED ON TIMESHEET ACCURATELY.
5) TIME-OFF **REQUESTS** MUST BE SUBMITTED TWO WEEKS IN ADVANCE TO DISPATCH
   A) MUST BE APPOVED THROUGH DISPATCH ONLY.
B) YOU ALSO NEED TO CALL IN BEFORE SCHEDULED TIME-OFF TO CHECK DAYS ARE STILL AVAVILABLE FOR YOUR **REQUEST**. (TIME IS NOT APPROVED BECAUSE A REQUEST IS SUBMITTED.)

OFFICIAL MEMO: HANDBOOK RULES WILL BE ENFORCED      DATE: 3/25/2014