# Exhibit I

# COURT-AUTHORIZED NOTICE TO CURRENT AND FORMER EMPLOYEES OF TNT CRANE AND RIGGING, INC.

AUTHORIZED BY THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, MIDLAND/ODESSA DIVISION

**If you worked for TNT Crane & Rigging, Inc. ("TNT") as a crane operator employed through TNT's Midland branch at any time after [three years prior to Court's order granting Motion for Notice], you may be entitled to join a lawsuit claiming unpaid overtime wages.**

1. **Why Are You Getting this Notice?**

David Sanchez (the "Plaintiff") filed a lawsuit against TNT contending that he and other crane operators are owed money for off-the-clock overtime hours, including drive time. TNT denies these claims and contends that Plaintiffs and other crane operators were properly compensated during their employment. The Court has not determined whether Plaintiffs or TNT is right.

2. **What are Your Options?**

TNT's records show that you may be in the group of workers covered by this lawsuit. This gives you two options:

| **Option 1:** **RETURN THIS FORM** | **Join the lawsuit** If you choose to be included in the lawsuit, return your consent form in one of these ways: <br><br> 1. Submit your consent form electronically at www.TNTOvertimeLawsuit.com. <br><br> 2. Complete, sign, and email OR mail (using, if you wish, the enclosed self-addressed, stamped envelope) the enclosed Consent and Contact Information forms to: <br><br> **Aaron Johnson** <br> **FAIR LABOR LAW** <br> **314 E. Highland Mall Blvd, Ste. 401** <br> **Austin, Texas 78752** <br> **ajohnson@fairlaborlaw.com** |
|---|---|
| **Option 2:** **DO NOTHING** | **Do not join this lawsuit.** By doing nothing, you give up the possibility of getting money from a trial or settlement of this lawsuit if any money is awarded. However, your decision not to join this lawsuit will not affect any rights you may have to pursue claims on your own at a future time if you file within the statute of limitations. |

If you want to join the lawsuit and make a claim for unpaid wages, **your signed Consent to Join form must be electronically submitted, postmarked, or emailed to the attorneys listed below by [Date].**

If you timely submit a Consent to Join form, you will be part of the case, and agree to be represented by Plaintiff's counsel. You may also obtain counsel of your own choosing (at your own expense), who can file

*This is a Court-Authorized Notice, Not an Advertisement from a Lawyer.*

your Notice of Consent with the Court. If the Plaintiff wins or settles the case, you may receive additional money from the Defendants. If the Plaintiff loses, you will receive nothing. If you join this lawsuit, you may be required to provide records, answer written questions, testify under oath, or any combination of these.

The Court has not made any decisions about the merits of Plaintiffs' claims or TNT's defenses. This Notice is for the sole purpose of determining the identity of those persons who wish to be involved in this case.

You have the right to join this lawsuit even if you already signed any statement denying that you are owed any additional compensation, or if you have signed a severance agreement that purports to release any claim you may have for unpaid wages under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq*.

TNT may not retaliate against you or mistreat you in any way for joining this lawsuit. The law prohibits anyone from discriminating or retaliating against you if you choose to take part in this case. This means that you cannot be fired, demoted, or have your pay cut because you participate in this case.

If you do not wish to join, you do not have to do anything.

### 3.  How Can You Get More Information?

You can get more information by calling the Plaintiff's attorney or any attorney of your choosing. The Plaintiff's attorney is:

**Aaron Johnson**
**FAIR LABOR LAW**
www.FairLaborLaw.com
314 E. Highland Mall Blvd, Ste. 401
Austin, Texas 78752
ajohnson@fairlaborlaw.com

## Text Message Notice

Notice authorized by the U.S. District Court for the Western District of Texas, Midland/Odessa Division: If you worked for TNT Crane & Rigging as a crane operator at any time since [Date] you may be entitled to join a lawsuit claiming back pay for unpaid off-the-clock overtime hours, including drive time.  For additional court-authorized information about the case, including how to join, visit [www.TNTOvertimeLawsuit.com](www.TNTOvertimeLawsuit.com).

## **CONSENT TO JOIN FLSA LAWSUIT**

I understand that I may be eligible to join the action filed by David Sanchez ("Named Plaintiff") to recover unpaid wages, liquidated damages, attorneys' fees, and costs from TNT Crane and Rigging, Inc. and its related and affiliated entities and persons ("Defendant").

By filing this consent, I understand that I designate the Named Plaintiff as my agent to make decisions on my behalf concerning Fair Labor Standards Act litigation against Defendant including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Named Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to Fair Labor Standards Act litigation against Defendant. These decisions and agreements made and entered into by the Named Plaintiff will be binding on me if I sign this consent.

I understand that the Named Plaintiff has entered into a Representation Agreement ("Representation Agreement") with Fair Labor Law PLLC ("Law Firm") which applies to all plaintiffs who file this consent. If I sign this consent, I agree to be bound by the Representation Agreement. I further understand that I may obtain a copy of the Representation Agreement by requesting it from the Law Firm.

I agree and understand that the Law Firm and/or the Named Plaintiff may in the future appoint other individuals to be Named Plaintiffs in Fair Labor Standards Act Litigation against Defendant. I consent to such appointment and agree to be bound by the decisions of such new Named Plaintiff(s) for all purposes related to Fair Labor Standards Act Litigation against Defendant. I further acknowledge that this consent is intended to be filed to recover my wages against Defendant whether in the action with the Named Plaintiffs or in any subsequent action that may be filed on my behalf for such recovery. This consent may be used in this case or in any subsequent case as necessary.

By choosing to file this consent, I understand that I will be bound by a judgment of the court. I will also be bound by and will share in any settlement that may be negotiated on behalf of all Plaintiffs.

I consent to join in the action as a party-plaintiff to recover my unpaid wages.

_____    _____
Signature                         Date

_____
Printed Name

## **CONTACT INFORMATION FORM**

**Please print or type the following information:**

This information will not be made part of any public record and is necessary for your attorney's files for litigation and possible settlement purposes.

**Full Legal Name:**_____

**Phone:**_____

**Email:**_____

**Residential Address:** _____

City: _____ State: _____ ZIP: _____

**Mailing Address** (if different): _____

City: _____ State: _____ ZIP: _____

**Emergency Contact Name:** _____

**Emergency Contact Relation to You:** (e.g., spouse, sibling) _____

**Emergency Contact Phone:** _____

**Emergency Contact Email:** _____