IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **DAVID SANCHEZ, Individually and On Behalf of All Others Similarly Situated,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Civil Action No. 7:21-cv-203-DC-RCG |
| **TNT CRANE & RIGGING, INC.** | § § | |
| **Defendant.** | § | **FLSA Collective & Rule 23 Class Action** |

## ORDER

On this day, the Court considered Plaintiff's Motion for Approval of Notice to Similarly Situated Potential Opt-In Plaintiffs and for Production of Contact Information. (Dkt. __.) The Court is of the opinion that the motion is well taken and should be, and is, hereby **GRANTED**.

It is therefore **ORDERED** that the Court authorizes Plaintiff to issue notice to the following class of similarly situated employees:

> **All current and former crane operators employed and paid through Defendant's Midland branch who were paid by the hour at any time beginning three years preceding the Court's order granting this motion.**

It is further **ORDERED** that within ten days from the date of this Order, an electronic list in Microsoft Excel format with the name, address, phone number, email address, starting date, and ending date of employment, designated as separate fields, of each member of the group of Potential Opt-In Plaintiffs defined above.

It is further **ORDERED** that the Court approves the Notice, Text Message Notice, Consent, Contact Information, and Text Message forms attached to Plaintiff's Motion. (Dkt. ___.)

It is further **ORDERED** that Plaintiff is authorized to disseminate the Notice, Consent, and Contact Information forms by U.S. Mail, email, and text message, and to link to a website that

contains only the Notice, Consent, and Contact Information forms and functionality for submitting the forms via a secure electronic signature platform.

It is further **ORDERED** that Plaintiff's counsel may contact Potential Opt-In Plaintiffs by telephone only to verify mailing addresses or email addresses and to send the Text Message Notice.

It is further **ORDERED** that Plaintiff is authorized to offer the Putative Class Members the option to consent to join this collective action through the use of electronic signatures using Adobe Sign, Docusign, or a similar electronic signature platform.

It is further **ORDERED** that Plaintiff's counsel shall disseminate notice by the means approved above within 30 days of Defendant's complete production of the contact information. Plaintiff's counsel shall file an advisory with the Court indicating the date that dissemination was completed. The Potential Opt-In Plaintiffs shall electronically submit, email, or postmark their Consent to Sue forms within 60 days of the date indicated in Plaintiff's advisory that dissemination was completed.

Signed this _____ day of _____, 2022.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE